**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
Alfred J. Kuffler, AK 2275
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(215) 772-7404

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OVE VARIK, | : |
| | : |
| Plaintiff, | : |
| | : CASE NO. 08-cv-2345 |
| v. | : |
| | : **NOTICE OF APPEARANCE** |
| RIVERSIDE WOODWORKS COMPANY | : |
| and ZACHARY MODEL | : |
| | : |
| Defendants. | : |

    Kindly enter my appearance as counsel in this case on behalf of Defendants Riverside Woodworks Company and Zachary Model. I certify that I am admitted to practice before this Court.

Dated: March 12, 2008                    /s/ Alfred J. Kuffler

                                                           Montgomery, McCracken, Walker & Rhoads, LLP
                                                           123 South Broad Street
                                                           Avenue of the Arts
                                                           Philadelphia, PA 19109
                                                           (215) 772-7404

                                                           *Attorneys for Defendants Riverside Woodworks Company and Zachary Model*

## **CERTIFICATE OF SERVICE**

Alfred J. Kuffler hereby certifies that on this 12th day of March, 2008, he caused the attached Notice of Appearance to be served on the following people via electronic filing:

> Adam T. Klein
> Linda A. Neilan
> Outten & Golden LLP
> 3 Park Avenue, 29th Floor
> New York, NY 10016
>
> *Attorneys for Plaintiff*

Dated: March 12, 2008                  /s/ Alfred J. Kuffler
                                                              Alfred J. Kuffler