IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVE VARIK, | : |
| Plaintiff, | : |
| | : CASE NO. 08-cv-2345 |
| v. | : |
| RIVERSIDE WOODWORKS COMPANY and ZACHARY MODEL | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL OF**
**INDIVIDUAL DEFENDANT ZACHARY MODEL**

The parties to this action, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, with prejudice, against individual Defendant Zachary Model.

OUTTEN & GOLDEN LLP

_____
Linda A. Neilan
3 Park Avenue
29th Floor
New York, NY 10016
(212) 245-1000

*Attorney for Plaintiff*

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

_____
Alfred J. Kuffler
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(215) 772-1500

*Attorney for Defendant*

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED and DECREED that the foregoing stipulation is adopted as a judgment of the Court.

_____, J.

2284907v1