ELECTRONICALLY FILED
DOC #
DATE FILED:

RECEIVED
MAR 31 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OVE VARIK,

    Plaintiff,

v.

RIVERSIDE WOODWORKS COMPANY
and ZACHARY MODEL

    Defendants.

CASE NO. 08-cv-2345 (HB)

**STIPULATION OF DISMISSAL OF
INDIVIDUAL DEFENDANT ZACHARY MODEL**

The parties to this action, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, with prejudice, against individual Defendant Zachary Model.

OUTTEN & GOLDEN LLP

_____
Linda A. Neilan
3 Park Avenue
29th Floor
New York, NY 10016
(212) 245-1000

*Attorney for Plaintiff*

MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP

_____
Alfred J. Kuffler
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(215) 772-1500

*Attorney for Defendant*

AND NOW, this **31** day of **March**, 2008, it is hereby

ORDERED and DECREED that the foregoing stipulation is adopted as a judgment of the Court.

_____
USDJ

2284907v1